IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| KYLE A., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 4:21CV095 (RCY) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|       Defendant. | ) |

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 23) is ACCEPTED and ADOPTED;

2. The Objection of Plaintiff is OVERRULED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 17) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 20) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED;

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                      Roderick C. Young
                                      United States District Judge

Richmond, Virginia
Date:  August 30, 2022